```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                          CASE NO. 05 B 00128
   NICOLE L SCOTT
                                                CHAPTER 13

                                                JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-8348


--------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 01/04/2005 and was confirmed 02/14/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.07%.

     The case was dismissed after confirmation 07/09/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                              PAID           PAID
--------------------------------------------------------------------------------
DRIVE FINANCIAL SERVICES  SECURED             8962.44        1270.05        3100.91
ECONOMY FURNITURE         SECURED             1900.00         222.81         490.22
ECONOMY FURNITURE         UNSECURED         NOT FILED            .00            .00
PAUL D LAWENT             NOTICE ONLY       NOT FILED            .00            .00
AT & T BANKRUPCTY         UNSECURED         NOT FILED            .00            .00
ALLIED INTERSTATE         NOTICE ONLY       NOT FILED            .00            .00
AT & T BANKRUPCTY         UNSECURED         NOT FILED            .00            .00
ARONSON FURNITURE         UNSECURED            179.74            .00            .00
KEITH S SHINDLER          NOTICE ONLY       NOT FILED            .00            .00
COMMONWEALTH EDISON       UNSECURED         NOT FILED            .00            .00
CONSOLIDATED PUBLIC SERV  UNSECURED         NOT FILED            .00            .00
EASTERN CREDIT            UNSECURED         NOT FILED            .00            .00
MEDCLR                    UNSECURED         NOT FILED            .00            .00
NCO FINANCIAL SYSTEMS IN  UNSECURED         NOT FILED            .00            .00
NELNET                    UNSECURED         NOT FILED            .00            .00
SOUND & SPIRIT            UNSECURED         NOT FILED            .00            .00
TRUSTMARK RECOVERY        UNSECURED         NOT FILED            .00            .00
WYSE FINANCIAL SERVICES   UNSECURED         NOT FILED            .00            .00
DRIVE FINANCIAL SERVICES  UNSECURED         NOT FILED            .00            .00
ISAC                      UNSECURED           1807.03            .00            .00
ARONSON FURNITURE         SECURED NOT I       120.75            .00            .00
ARONSON FURNITURE         UNSECURED              .00            .00            .00
TIMOTHY K LIOU            DEBTOR ATTY       2,384.20                       2,384.20
TOM VAUGHN                TRUSTEE                                            394.47
DEBTOR REFUND             REFUND                                             227.98

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                          RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                   8,090.64


              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 05 B 00128 NICOLE L SCOTT
```

```
PRIORITY                                                              .00
SECURED                                                          3,591.13
    INTEREST                                                     1,492.86
UNSECURED                                                             .00
ADMINISTRATIVE                                                   2,384.20
TRUSTEE COMPENSATION                                               394.47
DEBTOR REFUND                                                      227.98
                                     ---------------      ---------------
TOTALS                                      8,090.64             8,090.64
```

   Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                     /s/ Tom Vaughn
   Dated: 12/13/07                   _____
                                     TOM VAUGHN
                                     CHAPTER 13 TRUSTEE
```